UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEW LIFE OUTREACH MINISTRIES, INC. and
JOHN DOES ONE (1) THROUGH SIX (6)
(As Residents or Prospective Residents of 4606/4620
South Pipkin Road, Lakeland, Florida),
          Plaintiffs,

vs.                                     Case No. 8:06-CV-1547-T-27MAP

POLK COUNTY, a political subdivision of the
State of Florida,
          Defendant.
_____/

## ORDER

On July 5, 2007, this Court granted New Life Outreach Ministries, Inc. thirty days to obtain

counsel. (Dkt. 61). New Life Outreach Ministry, Inc. was instructed that "[s]hould [it] fail to [obtain

counsel], this cause shall be dismissed without further notice from the Court." (Dkt. 61). To date,

New Life Outreach Ministries, Inc. has not obtained counsel. Accordingly, it is

**ORDERED AND ADJUDGED** that

1.     This case is **DISMISSED.**

2.     The clerk is directed to close this case and deny any pending motions as moot.

**DONE AND ORDERED** in chambers this __30th__ day of August, 2007.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record